1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PANATTONI CONSTRUCTION, INC.,

    Plaintiff,

v.

BOULDER-LV, *et al.*,

    Defendants.

Case No. 2:07-cv-1733-LDG (VCF)

**ORDER**

On February 5, 2010, the Clerk of the Court notified plaintiff, Panattoni Construction, Inc., that more than 270 days had passed without any proceeding of record having been taken.  On February 18, Panattoni filed a suggestion of bankruptcy by defendant Boulder-LV.  The matter was automatically stayed.

Though more than three and one-half years have passed, none of the parties has submitted any report to the Court regarding the status of the bankruptcy of defendant Boulder-LV, nor has any other proceeding of record been taken.  To permit the Court's administration of its docket, and given the extreme length of the pending bankruptcy stay, and given the lack of any status report during this period, the Court hereby notifies the

parties that if no status report is received by October 31, 2013, indicating that a continued

stay of this matter is appropriate, the Court will lift the stay and dismiss this action for want

of prosecution pursuant to Local Rule 41-1.

DATED this _____ day of October, 2013.

_____
Lloyd D. George
United States District Judge

2